ILND 450 (Rev. 10/13) Judgment in a Civil Action
Case: 1:15-cv-09191 Document #: 21 Filed: 07/12/18 Page 1 of 1 PageID #:33
EIC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

FRANCISCO FRANCO,

Plaintiff(s),

v.

CANTARERO PALLETS, INC., et al.,

Defendant(s).

Case No. 15 C 9191
Judge CHARLES R. NORGLE

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $           ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: case is dismissed for want or prosecution.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☐ decided by Judge       on a motion

Date: 7/12/2018

Thomas G. Bruton, Clerk of Court

Eric Fulbright, Deputy Clerk